[This opinion has been published in *Ohio Official Reports* at 88 Ohio St.3d 225.]

THE STATE EX REL CHRYSLER CORPORATION, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO; MAJEWSKI, APPELLEE.

[Cite as *State ex rel. Chrysler Corp. v. Indus. Comm.*, 2000-Ohio-305.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 98-1912—Submitted February 8, 2000—Decided March 22, 2000.)

APPEAL from the Court of Appeals for Franklin County, No. 97APD02-270.

—————————

*Eastman & Smith, Ltd., Thomas J. Gibney* and *Margaret A. Mattimoe*, for appellant.

*Fell, Marcus & Koder Co., L.P.A., George N. Fell II* and *Lisa A. Grego*, for appellee.

—————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

—————————